TYNDLE, Appellant, *v.* KEEF, Respondent.
*(Supreme Court, General Term, Fifth Department.    April 12, 1889.)*
Order reversed, with $10 costs and disbursements.

---

STRYKER, Appellant, *v.* SCHUYLER, Respondent.
*(Supreme Court, General Term, Fifth Department.    April 12, 1889.)*
Motion for reargument denied.

---

*In re* GOULD.
*(Supreme Court, General Term, Fifth Department.    April 12, 1889.)*
Motion for resettlement of case denied, without costs.

---

*In re* HEATH.
*(Supreme Court, General Term, Fifth Department.    April 12, 1889.)*
Motion denied.

---

NOONAN, Respondent, *v.* AKERS, Appellant.
*(Common Pleas of New York City and County, General Term.    April 25, 1889.)*
*E. Blankman,* for appellant.    *Wm. G. McCrea,* for respondent.
Judgment affirmed, with costs.

---

TCHOW, Respondent, *v.* BLANCHARD, Appellant.
*(Common Pleas of New York City and County, General Term.    April 25, 1889.)*
*I. H. Hurst,* for appellant.    *A. Lamont,* for respondent.
Judgment reduced to $82.50, and as reduced, affirmed, without costs to either party.

---

FIRE DEPARTMENT OF CITY OF NEW YORK, Respondent, *v.* MAHON, Appellant.
*(Common Pleas of New York City and County, General Term.    April 25, 1889.)*
*G. S. Daniels,* for appellant.    *W. L. Findley,* for respondent.
Judgment affirmed, with costs.

---

KAISER, Respondent, *v.* SCHOEN, Appellant.
*(Common Pleas of New York City and County, General Term.    April 25, 1889.)*
*A. H. Berrick,* for appellant.    *A. Levy,* for respondent.
Judgment affirmed, with costs.

---

MURPHY, Appellant, *v.* FARRELL, Respondent.
*(Common Pleas of New York City and County, General Term.    April 25, 1889.)*
*H. D. McBurney,* for appellant.    *F. T. Fitzgerald,* for respondent.
Judgment reversed, new trial ordered, costs to abide the event.